```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 35102
   JOHN F DUFF III
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-4484


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/01/2005 and was confirmed 11/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.43% from remaining funds.

     The case was paid in full 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                             PAID        PAID
------------------------------------------------------------------------------
NORDSTROM FSB              UNSECURED           2863.63         .00        497.90
GMAC                       SECURED                 .00         .00           .00
MARSHALL FIELDS            UNSECURED OTH       1284.95         .00        221.85
STEPHEN SCHLESINGER PHD    UNSECURED           2075.20         .00        360.82
INTERNAL REVENUE SERVICE   PRIORITY            4709.43         .00       4709.43
CAPITAL ONE                UNSECURED           1553.48         .00        270.74
CAPITAL ONE                UNSECURED            291.14         .00         50.62
CAPITAL ONE                UNSECURED           1717.15         .00        299.26
ECAST SETTLEMENT CORP      UNSECURED           1524.65         .00        265.72
CARD SERVICE CENTER        UNSECURED         NOT FILED         .00           .00
BANK ONE CARDMEMBER SERV   UNSECURED         NOT FILED         .00           .00
PORTFOLIO RECOVERY         UNSECURED           4565.19         .00        793.75
CITIFINANCIAL              UNSECURED         NOT FILED         .00           .00
ECAST SETTLEMENT CORP      FILED LATE          1108.55         .00           .00
MARSHALL FIELDS            NOTICE ONLY       NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED          11439.57         .00       1989.00
MIDWEST BANK & TRUST       UNSECURED           7769.25         .00       1350.83
NEIMAN MARCUS              UNSECURED           2498.08         .00        434.35
NORDSTROMS BANK            UNSECURED         NOT FILED         .00           .00
ROCHESTER BIG & TALL       UNSECURED           6617.71         .00       1150.62
SMC                        UNSECURED           8083.64         .00       1405.50
CHASE BANK USA NA          SECURED NOT I          .00          .00           .00
CHASE BANK USA NA          UNSECURED            244.36         .00         42.59
INTERNAL REVENUE SERVICE   UNSECURED            286.21         .00         49.76
MELVIN J KAPLAN            DEBTOR ATTY        1,394.00                   1,394.00
TOM VAUGHN                 TRUSTEE                                       1,021.26
DEBTOR REFUND              REFUND                                          453.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 35102 JOHN F DUFF III
```

```
TRUSTEE                                    16,761.00

PRIORITY                                                      4,709.43
SECURED                                                            .00
UNSECURED                                                     9,183.31
ADMINISTRATIVE                                                1,394.00
TRUSTEE COMPENSATION                                          1,021.26
DEBTOR REFUND                                                   453.00
                                   ----------------    ----------------
TOTALS                                     16,761.00         16,761.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 01/28/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```